IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-02473-KLM

UNITED STATES OF AMERICA,

        Plaintiff,

v.

$71,500.00 IN UNITED STATES CURRENCY, and
$18,200.00 IN UNITED STATES CURRENCY,

        Defendants.
_____

**FINAL JUDGMENT**
_____

        Pursuant to and in accordance with Fed. R. Civ. P. 58(a) and the Final Order of Forfeiture entered by the Honorable Kristen L. Mix, United States Magistrate Judge, the following JUDGMENT is hereby entered:

        1.    Forfeiture is hereby entered in favor of the United States, pursuant to 21 U.S.C. § 881, including all right, title, and interest for $71,500.00 in United States Currency and $4,200.00 of defendant $18,200.00 in United States Currency.

        2.    The United States shall have full and legal title as to $71,500.00 in United States Currency and $4,200.00 of defendant $18,200.00 in United States Currency and may dispose of it in accordance with law and in accordance with the terms and provisions of the parties' Settlement Agreement.

        3.    The Final Order of Forfeiture shall serve as a Certificate of Reasonable Cause as to the defendant assets under 28 U.S.C. § 2465.

4. Per the parties' Settlement Agreement, the parties have waived their entitlement to costs pursuant to Fed. R. Civ. P. 54(d)(1) and D.C.COLO.LCivR 54.1.

DATED at Denver, Colorado this  4th  day of  May  , 2016.

                                 JEFFREY P. COLWELL
                                 Clerk of the U.S. District Court


                        By:  s/M. Ortiz
                             Deputy Clerk